# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

In the Matter of the Search of: )
)
One 2015 Chevrolet Silverado Pick-Up Truck, black in color, )
bearing Michigan license plates of CMG5797, VIN # ) Case No. 16-894 M (NJ)
1GCVKREC2FZ199662, located at 4725 W. Electric )
Avenue, West Milwaukee, WI (DEA), listing to Gordon )
Floyd Gould, 318 N. 4 Street, Manistique, MI 49854-1029. )

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Eastern District of Wisconsin:

See Attachment A

I find that the affidavit(s) or any recorded testimony, establish probable cause to search and seize the person or property described above and that such search will reveal:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant ON OR BEFORE _August 26, 2016_ (not to exceed 14 days)
☑ In the daytime between 6:00 a.m. and 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to Hon. Nancy Joseph _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
    ☐ for _____ days (not to exceed 30)    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: _August 12, 2016_
                     _2:46 pm_                          _____
                                                        *Judge's signature*

City and State: Milwaukee, Wisconsin            Hon. Nancy Joseph, U.S. Magistrate Judge
                                                *Printed Name and Title*

AO 93 (mod. 5/14) Search and Seizure Warrant

| Return | | |
|---|---|---|
| Case No: 16-894 M (NJ) | Date and time warrant executed: 08/15/16 @ 11:48am | Copy of warrant and inventory left with: Left on premises |
| Inventory made in the presence of: | | |

Inventory of the property taken and/or name of any person(s) seized:

- Cellular telephone
- Documents
- Duffel bag
- Approximately 1,001 grams of marijuana.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the undersigned judge.

Date: 01/24/19

_____
Executing officer's signature

Luke Hepp, Task Force Officer
Printed name and title

Subscribed, sworn to, and returned before me this date:

Date: 1/24/19

_____
United States Magistrate Judge

## ATTACHMENT A

The property to be searched is:

One 2015 Chevrolet Silverado Pick-Up Truck, black in color, bearing Michigan license plates of CMG5797, VIN # 1GCVKREC2FZ199662, located at 4725 W. Electric Avenue, West Milwaukee, WI (DEA), listing to Gordon Floyd Gould, 318 N. 4 Street, Manistique, MI 49854-1029.

## ATTACHMENT B

### *Items To Be Seized*

1. Marijuana, controlled substances, and paraphernalia associated with the manufacture and distribution of controlled substances including but not limited to materials and items used for packaging, processing, weighing, and distributing controlled substances.

2. Duffel, canvas bags, suitcases, safes, or other containers to hold or transport controlled substances and drug trafficking related items and proceeds.

3. Proceeds of drug trafficking activities, such as United States currency, precious metals, financial instruments, and jewelry, and documents and deeds reflecting the purchase or lease of real estate, vehicles, precious metals, jewelry or other items obtained with the proceeds from drug trafficking activities.

4. Firearms, ammunition, magazines, gun boxes, firearm purchase records or receipts, and other paraphernalia associated with firearms.

5. Bank account records, loan documents, wire transfer records, money order receipts, postal express mail envelopes, bank statements, safe deposit box keys and records, money containers, financial records and notes showing payment, receipt, concealment, transfer, or movement of money generated from the sale of controlled substances, or financial transactions related to the trafficking of controlled substances.

6. Drug or money ledgers, drug distribution or customer lists, drug supplier lists, correspondence, notations, logs, receipts, journals, books, records, and other documents noting the price, quantity, and/or times when controlled substances were obtained, transferred, sold, distributed, and/or concealed.

7. Personal telephone books, address books, telephone bills, photographs, letters, cables, telegrams, facsimiles, personal notes, receipts, documents and other items or lists reflecting names, addresses, purchases, telephone numbers, addresses and

communications regarding illegal activities among and between members and associates involved in drug trafficking activities.

8. Records of off-site storage locations, including but not limited to safe deposit box keys and records, and records and receipts and rental agreements for storage facilities.

9. Cellular telephones, Smartphones, pagers, text messaging systems, and other communication devices, and any and all records associated with such communications services used to commit drug trafficking offenses.

10. Records, items and documents reflecting travel for the purpose of participating in drug trafficking activities, such as passports, airline tickets, bus tickets, vehicle rental receipts, credit card receipts, taxi cab receipts, hotel and restaurant receipts, canceled checks, maps, and records of long distance calls reflecting travel.

11. Indicia of occupancy, residency or ownership of the premises and things described in the warrant, including utility bills, telephone bills, loan payment receipts, rent receipts, trust deeds, lease or rental agreements, addressed envelopes, escrow documents and keys.

12. Photographs, videotapes or other depictions of assets, firearms, coconspirators, or controlled substances.